IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KEYJUAN D. WICKS )<br>)<br>Defendant. ) | CASE NUMBER: 25-mj-7207-MAB |

## CRIMINAL COMPLAINT

I, Christopher Stanley, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### ILLEGAL POSSESSION OF A MACHINEGUN

On or about September 4, 2024, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**KEYJUAN D. WICKS,**

defendant herein, did knowingly possess a machinegun, that is: a Glock model 17, 9mm pistol, serial number: BTVW986, equipped with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o).

## AFFIDAVIT

1.  As an ATF Special Agent, I investigate violations of federal and state firearms laws and other crimes involving the use, possession and trafficking of firearms, including violent crime and drug crime. I began employment with ATF in 2014.

2. I have been a law enforcement officer for approximately 21 years. From 2004–2014, I was employed as police officer with the Swansea Police Department. As a detective in Swansea, I investigated a wide variety of criminal offenses, including offenses involving violent crimes and homicide, stolen property, fraud, controlled substances, and firearms. I was a member of the Major Case Squad of the Greater St. Louis Metropolitan Area.

3. I received training at the Federal Law Enforcement Training Center and the ATF National Academy prior to beginning employment with ATF. Prior to that I received training through the State of Illinois to serve as an Illinois Police Officer with the Swansea Police Department. I am familiar with, and use, the following methods of investigation: undercover operations, the use of informants and other sources of information, interviews of individuals involved in, or witnesses to, criminal activity, search and seizure warrants, and physical, visual and electronic surveillance.

4. The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

5. On September 4, 2024, Sgt. Renner, Illinois State Police (ISP), while working as part of the Statewide Anti-Violence Enforcement (S.A.V.E.) Unit, observed a vehicle traveling southbound on 26th Street approaching Bond Avenue in East St. Louis. Sgt. Renner saw that the driver, later identified as Keyjuan D. WICKS, was clearly not wearing a seatbelt. A front passenger was later identified as Kenyuan O. Smith. As Sgt. Renner was about to initiate a traffic stop, the vehicle sped away at a high rate of speed and was driving recklessly. Sgt. Renner did not pursue the vehicle, but with the assistance of ISP Air-Ops, ISP units tracked the vehicle until it was

deemed safe to move in and conduct enforcement. While Air-Ops was tracking the vehicle, it crashed near Bond Avenue and 10th Street. It was later determined through Air-Ops surveillance footage the vehicle was traveling 116 miles per hour (mph) in a 35 mph zone. As ISP officers arrived at the crash scene, the vehicle was on fire and ISP Tpr. Whitbeck observed WICKS running from the vehicle clutching his waistband. WICKS was observed running westbound from the front of the vehicle into a wooded area. Smith was taken into custody near the crashed vehicle.

6. ISP units established a perimeter around the wooded area, and announced with a loudspeaker that they would begin searching the area with a police canine. Just before officers released the canine, WICKS emerged from the tree line and was arrested. WICKS was searched incident to arrest, but no firearm was immediately located. A K9 article search was conducted which resulted in the recovery of a black, Glock 17 pistol, serial number: BTVW986, from a brush pile on the east of residence located at 815 Market Avenue, just south of the tree line. A review of Air-Ops surveillance showed WICKS fleeing from the crashed vehicle on foot, running to the brush pile on the east side of the residence, and then continuing westbound where he was later taken into custody. The firearm was loaded with an extended magazine which contained 34 rounds live ammunition, plus an additional round was located in the chamber of the firearm. The Glock firearm was also equipped with a machinegun conversion device (MCD), which transformed the pistol into a fully automatic machinegun. A LEADS inquiry revealed the firearm was stolen.

7. During a custodial interview, WICKS was advised of his rights per *Miranda* and admitted driving the vehicle and fleeing from police. WICKS confirmed that he fled because he had a firearm and cannabis. WICKS advised the recovered firearm was in his waistband as he fled the traffic stop and that he knew it was equipped with a "switch" (MCD). WICKS was aware that

the switch made the firearm operate as a machinegun. WICKS identified the Glock as a 9mm-caliber weapon and said that it had a red switch. WICKS stated he had been in possession of the firearm for two to three years and that he recovered it after it was thrown out of a vehicle during a high-speed pursuit off Grand Boulevard in St. Louis. WICKS stated the firearm was equipped with the switch when he found it and that he had fired the gun before, specifically on New Year's at his "Grandad's house."

8. The firearm was test-fired and a NIBIN analysis was conducted. The firearm was assigned Crime Gun Identification # 7830-24-02272. The firearm was associated with a homicide occurring in St. Louis County on June 7, 2024, case #: 24-21323. The firearm is also associated with an Aggravated Battery with a Firearm, occurring in East St. Louis on May 15, 2024, in which a victim sustained a gunshot wound to the leg while standing in the parking lot of a gas station.

FURTHER AFFIANT SAYETH NAUGHT.

CHRISTOPHER STANLEY
Digitally signed by CHRISTOPHER STANLEY
Date: 2025.09.24 11:40:29 -05'00'

Christopher Stanley
Special Agent
Bureau of Alcohol, Tobacco, and Firearms

Sworn to before me, and subscribed in my presence on the 24 day of September, 2025, at East St. Louis, Illinois.

MARK A. BEATTY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

JOHN D. A. TRIPPI
Assistant United States Attorney